# EXHIBIT A

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | FileName |
|---|---|---|---|---|---|
| 1 | 24.113.96.217 | BitTorrent 7.7.0 | 10/20/12 05:42:14 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 2 | 24.113.73.65 | BitTorrent 7.6.1 | 10/20/12 06:23:58 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 3 | 75.93.50.170 | Deluge 1.3.1.0 | 10/20/12 11:02:49 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 4 | 174.61.221.192 | BitTorrent 7.7.0 | 10/20/12 10:25:38 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 5 | 24.181.130.1 | Vuze 4.7.2.0 | 10/20/12 11:42:07 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 6 | 76.121.117.111 | BitTorrent 7.7.0 | 10/20/12 06:22:56 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 7 | 24.18.24.152 | BitTorrent 7.2.1 | 10/20/12 05:30:06 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 8 | 98.247.43.90 | µTorrent 2.2.1 | 10/20/12 10:36:57 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 9 | 24.113.56.60 | BitTorrent 7.7.0 | 10/20/12 09:48:49 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 10 | 71.23.34.109 | µTorrent 2.2.1 | 10/20/12 05:13:21 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 11 | 67.160.58.63 | BitTorrent 7.7.0 | 10/20/12 07:28:26 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 12 | 24.113.54.13 | BitTorrent 7.7.0 | 10/20/12 11:18:24 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 13 | 98.237.164.7 | Vuze 4.7.2.0 | 10/20/12 07:41:53 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 14 | 98.237.162.23 | µTorrent 3.1.3 | 10/20/12 10:29:34 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 15 | 24.22.188.62 | µTorrent 3.2.1 | 10/21/12 06:24:59 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 16 | 50.123.119.84 | Vuze 4.7.2.0 | 10/21/12 06:29:20 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 17 | 67.182.131.69 | µTorrent 3.2.1 | 10/21/12 09:14:04 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 18 | 71.231.208.97 | BitTorrent 7.7.0 | 10/21/12 04:56:33 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 19 | 184.78.218.182 | BitTorrent 7.2.1 | 10/21/12 04:32:08 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 20 | 67.182.145.108 | Vuze 4.5.0.4 | 10/21/12 07:46:47 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 21 | 50.35.185.165 | Vuze 4.7.2.0 | 10/21/12 05:27:44 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 22 | 24.19.82.53 | Vuze 4.7.2.0 | 10/21/12 08:31:45 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 23 | 24.17.0.73 | µTorrent 3.2.1 | 10/21/12 05:35:58 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 24 | 98.125.225.186 | µTorrent 3.1.2 | 10/21/12 01:48:19 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 25 | 50.123.117.0 | Vuze 4.7.2.0 | 10/21/12 07:34:19 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 26 | 50.123.116.107 | Vuze 4.7.2.0 | 10/21/12 04:24:39 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 27 | 75.151.111.65 | BitTorrent 7.2.1 | 10/21/12 07:23:33 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 28 | 24.22.214.115 | µTorrent 3.2.1 (l | 10/21/12 05:20:18 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 29 | 50.47.12.234 | µTorrent 3.1.3 | 10/21/12 03:32:17 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 30 | 67.160.76.183 | µTorrent 3.1.3 | 10/21/12 07:07:09 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 31 | 67.183.202.184 | µTorrent 3.1.3 | 10/21/12 12:08:56 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 32 | 174.21.142.243 | µTorrent 3.2.0 | 10/21/12 10:58:53 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 33 | 24.113.219.244 | Vuze 4.7.2.0 | 10/21/12 03:45:36 AM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |
| 34 | 50.47.253.199 | BitTorrent 7.7.0 | 10/21/12 09:59:31 PM | Dawn Rider | Dawn Rider [2012] BRRiP XviD - ETRG |

| # | IP | Client | Date/Time | Title |
|---|---|---|---|---|
| 35 | 24.143.99.46 | µTorrent 3.2.0 | 10/21/12 12:18:09 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 36 | 24.19.81.5 | BitTorrent 7.7.0 | 10/21/12 08:55:16 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 37 | 24.113.61.108 | µTorrent 3.1.3 | 10/21/12 04:23:28 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 38 | 66.212.64.252 | µTorrent 3.2.0 | 10/21/12 08:19:49 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 39 | 24.18.9.47 | BitTorrent 6.2.0 | 10/21/12 03:43:15 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 40 | 131.191.98.202 | µTorrent 3.1.3 | 10/21/12 02:29:52 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 41 | 24.17.60.188 | BitTorrent 7.2.1 | 10/21/12 08:45:07 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 42 | 98.203.136.39 | Vuze 4.7.2.0 | 10/21/12 06:42:08 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 43 | 174.31.213.149 | µTorrent 3.2.0 | 10/21/12 10:14:50 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 44 | 50.125.135.170 | BitTorrent 7.7.0 | 10/21/12 01:36:37 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 45 | 184.78.152.254 | µTorrent 2.2.0 | 10/21/12 10:20:12 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 46 | 24.19.30.106 | µTorrent 3.2.0 | 10/21/12 12:09:32 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 47 | 50.47.228.236 | µTorrent 3.0.0 | 10/21/12 05:33:31 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 48 | 174.31.145.117 | µTorrent 1.6.0 | 10/21/12 05:25:44 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 49 | 50.135.181.115 | µTorrent 3.1.3 | 10/21/12 12:48:47 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 50 | 24.16.21.175 | Vuze 4.7.2.0 | 10/21/12 05:56:38 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 51 | 216.128.107.247 | µTorrent 3.1.0 | 10/21/12 12:18:17 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 52 | 76.104.140.159 | BitTorrent 7.6.1 | 10/21/12 03:44:10 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 53 | 24.19.165.182 | Vuze 4.7.1.2 | 10/21/12 04:33:38 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 54 | 50.125.5.220 | libtorrent (Raste | 10/21/12 01:02:04 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 55 | 174.61.140.75 | µTorrent 3.2.0 | 10/21/12 01:49:18 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 56 | 71.197.196.102 | µTorrent 3.1.3 | 10/21/12 03:29:44 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 57 | 67.168.172.162 | µTorrent 3.1.3 | 10/21/12 05:11:14 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 58 | 24.16.124.144 | BitTorrent 7.7.0 | 10/21/12 04:21:49 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 59 | 76.121.16.147 | µTorrent 3.2.1 | 10/21/12 06:42:44 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 60 | 71.197.234.91 | µTorrent 3.1.3 | 10/21/12 08:11:17 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 61 | 24.18.20.137 | µTorrent Mac 1.7 | 10/21/12 08:02:50 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 62 | 67.183.77.232 | µTorrent 3.1.3 | 10/21/12 09:25:25 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 63 | 71.227.156.51 | µTorrent 3.2.0 | 10/21/12 12:42:52 AM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 64 | 76.121.129.225 | µTorrent 3.2.0 | 10/21/12 07:23:57 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |
| 65 | 174.21.246.21 | µTorrent 3.2.0 | 10/21/12 08:29:08 PM | Dawn Rider Dawn Rider [2012] BRRiP XviD - ETRG |

| Filehash | ISP | Region | city | Province |
|---|---|---|---|---|
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Port Orchard | Kitsap |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Silverdale | Kitsap |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Clearwire Cor | Washington | Vancouver | Clark |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Puyallup | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Charter Comr | Washington | Long Beach | Pacific |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Olympia | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Everett | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Port Orchard | Kitsap |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Clearwire Cor | Washington | Bellevue | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Lakewood | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Port Orchard | Kitsap |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Aberdeen | Grays Harbor |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Oak Harbor | Island |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Renton | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Olympia | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Clearwire Cor | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Kirkland | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Marysville | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | CenturyTel In | Washington | Vashon | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Oak Harbor | Island |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Stanwood | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Busi | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Renton | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Lynnwood | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Olympia | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Sequim | Clallam |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Comr | Washington | Everson | Whatcom |

| SHA1 | ISP | State | City | County |
|---|---|---|---|---|
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Broadstripe | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Wave Broadb | Washington | Port Orchard | Kitsap |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Seattle Public | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Auburn | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Click! Networ | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Kirkland | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link | Washington | Puyallup | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Com | Washington | Marysville | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Clearwire Cor | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Com | Washington | Burlington | Skagit |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link | Washington | Renton | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Lynnwood | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Kirkland | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Scatter Creek | Washington | Tenino | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Everett | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Com | Washington | Burlington | Skagit |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Mount Vernon | Skagit |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Tacoma | Pierce |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Bellingham | Whatcom |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Olympia | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Kent | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Seattle | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Maple Valley | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Everett | Snohomish |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Bellevue | King |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cabl | Washington | Olympia | Thurston |
| SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link | Washington | Lakewood | Pierce |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-640-934**

Effective date of registration:

March 23, 2012

---

## Title
- **Title of Work:** Dawn Rider

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** Riding Films Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** Canada
- **Domiciled in:** Canada

## Copyright claimant
- **Copyright Claimant:** Riding Films Inc.
  8180 Winston Street, Burnaby, V5A2H5, Canada

## Rights and Permissions
- **Name:** Jack Nasser
- **Email:** nassent@pacbell.net
- **Telephone:** 818-505-8030

## Certification
- **Name:** Jack Nasser
- **Date:** March 5, 2012