# EXHIBIT A

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | RightsOwner |
|---|---|---|---|---|---|
| 1 | 71.231.140.196 | BitComet 1.20 | 10/21/12 02:08:02 AM | Dawn Rider | Riding Films Inc. |
| 2 | 71.231.132.67 | µTorrent 3.1.3 | 10/21/12 06:47:02 PM | Dawn Rider | Riding Films Inc. |
| 3 | 24.21.76.121 | Vuze 4.7.2.0 | 10/21/12 01:55:31 PM | Dawn Rider | Riding Films Inc. |
| 4 | 67.168.41.174 | BitComet 1.33 | 10/21/12 03:33:02 AM | Dawn Rider | Riding Films Inc. |
| 5 | 71.193.163.86 | Vuze 4.7.2.0 | 10/21/12 06:05:16 PM | Dawn Rider | Riding Films Inc. |
| 6 | 67.168.176.39 | BitTorrent 7.6.1 | 10/21/12 05:13:05 AM | Dawn Rider | Riding Films Inc. |
| 7 | 24.18.208.80 | µTorrent 3.2.1 | 10/21/12 12:22:59 PM | Dawn Rider | Riding Films Inc. |
| 8 | 24.17.170.158 | µTorrent 3.2.0 | 10/21/12 04:39:10 AM | Dawn Rider | Riding Films Inc. |
| 9 | 50.125.169.31 | Vuze 4.7.2.0 | 10/21/12 06:45:05 PM | Dawn Rider | Riding Films Inc. |
| 10 | 71.197.177.96 | µTorrent 3.2.0 | 10/21/12 03:50:55 PM | Dawn Rider | Riding Films Inc. |
| 11 | 75.94.72.103 | BitTorrent 7.2.1 | 10/21/12 03:48:04 PM | Dawn Rider | Riding Films Inc. |
| 12 | 67.183.108.9 | µTorrent 3.2.1 | 10/21/12 10:59:30 AM | Dawn Rider | Riding Films Inc. |
| 13 | 67.185.177.144 | µTorrent 3.2.0 | 10/21/12 01:38:06 PM | Dawn Rider | Riding Films Inc. |
| 14 | 24.19.111.218 | BitTorrent 7.3.5 | 10/21/12 07:04:33 AM | Dawn Rider | Riding Films Inc. |
| 15 | 24.17.162.28 | µTorrent 3.2.1 | 10/21/12 08:16:58 AM | Dawn Rider | Riding Films Inc. |
| 16 | 67.5.170.135 | µTorrent 3.1.3 | 10/22/12 03:29:19 AM | Dawn Rider | Riding Films Inc. |
| 17 | 67.171.18.43 | µTorrent 3.1.3 | 10/22/12 10:58:46 AM | Dawn Rider | Riding Films Inc. |
| 18 | 24.19.143.114 | µTorrent 3.1.3 | 10/22/12 07:47:35 AM | Dawn Rider | Riding Films Inc. |
| 19 | 24.181.132.9 | µTorrent 3.0.0 | 10/22/12 04:02:03 AM | Dawn Rider | Riding Films Inc. |
| 20 | 174.31.173.194 | BitComet 1.32 | 10/22/12 07:09:22 PM | Dawn Rider | Riding Films Inc. |
| 21 | 67.168.239.58 | µTorrent 3.2.0 | 10/22/12 06:58:54 AM | Dawn Rider | Riding Films Inc. |
| 22 | 98.203.208.228 | µTorrent 3.2.1 | 10/22/12 08:01:14 PM | Dawn Rider | Riding Films Inc. |
| 23 | 50.35.182.98 | Vuze 4.7.2.0 | 10/22/12 05:45:08 PM | Dawn Rider | Riding Films Inc. |
| 24 | 98.125.162.38 | µTorrent 3.2.0 | 10/22/12 04:44:43 PM | Dawn Rider | Riding Films Inc. |
| 25 | 67.160.75.77 | BitTorrent 7.6.1 | 10/22/12 07:37:53 PM | Dawn Rider | Riding Films Inc. |
| 26 | 71.35.169.108 | BitTorrent 7.7.0 | 10/22/12 03:13:27 AM | Dawn Rider | Riding Films Inc. |
| 27 | 24.22.59.124 | µTorrent 3.1.3 | 10/22/12 05:05:40 AM | Dawn Rider | Riding Films Inc. |
| 28 | 67.170.57.16 | BitTorrent 7.7.0 | 10/22/12 02:03:32 AM | Dawn Rider | Riding Films Inc. |
| 29 | 98.125.244.38 | µTorrent 3.2.0 | 10/22/12 06:39:42 PM | Dawn Rider | Riding Films Inc. |
| 30 | 71.231.17.202 | µTorrent 3.2.1 | 10/22/12 12:23:30 AM | Dawn Rider | Riding Films Inc. |
| 31 | 76.121.213.72 | BitTorrent 7.6.1 | 10/22/12 05:04:42 AM | Dawn Rider | Riding Films Inc. |
| 32 | 67.160.183.147 | µTorrent 3.2.0 | 10/22/12 01:24:25 AM | Dawn Rider | Riding Films Inc. |
| 33 | 50.132.57.170 | µTorrent 3.1.3 | 10/22/12 02:48:40 AM | Dawn Rider | Riding Films Inc. |
| 34 | 71.212.123.166 | µTorrent 3.2.1 | 10/22/12 05:05:41 PM | Dawn Rider | Riding Films Inc. |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 50.46.248.73 | µTorrent 3.2.1 | 10/22/12 03:36:52 AM | Dawn Rider | Riding Films Inc. |
| 36 | 98.237.226.54 | Vuze 4.7.2.0 | 10/22/12 06:03:44 AM | Dawn Rider | Riding Films Inc. |
| 37 | 76.121.14.115 | BitTorrent 7.2.0 | 10/22/12 08:16:06 PM | Dawn Rider | Riding Films Inc. |
| 38 | 71.231.143.254 | Vuze 4.7.2.0 | 10/22/12 06:09:04 AM | Dawn Rider | Riding Films Inc. |
| 39 | 50.137.6.159 | µTorrent 3.2.0 | 10/22/12 12:37:16 AM | Dawn Rider | Riding Films Inc. |
| 40 | 71.59.185.218 | BitTornado 18.3: | 10/22/12 01:15:12 AM | Dawn Rider | Riding Films Inc. |
| 41 | 98.247.139.17 | µTorrent 3.2.0 | 10/22/12 12:53:04 AM | Dawn Rider | Riding Films Inc. |
| 42 | 184.78.156.222 | Deluge 2.1.0.0 | 10/22/12 12:10:50 AM | Dawn Rider | Riding Films Inc. |
| 43 | 24.19.148.35 | Vuze 4.7.2.0 | 10/22/12 12:47:19 AM | Dawn Rider | Riding Films Inc. |
| 44 | 98.125.232.110 | Vuze 4.7.2.0 | 10/22/12 05:26:10 AM | Dawn Rider | Riding Films Inc. |
| 45 | 174.61.182.92 | Vuze 4.7.2.0 | 10/22/12 11:36:14 AM | Dawn Rider | Riding Films Inc. |
| 46 | 24.17.150.225 | µTorrent 3.2.0 | 10/22/12 04:24:29 AM | Dawn Rider | Riding Films Inc. |
| 47 | 75.172.7.67 | µTorrent 3.2.0 | 10/22/12 04:33:13 PM | Dawn Rider | Riding Films Inc. |
| 48 | 184.10.218.61 | BitTorrent 7.7.0 | 10/22/12 04:58:22 PM | Dawn Rider | Riding Films Inc. |
| 49 | 24.113.124.71 | Vuze 4.7.2.0 | 10/22/12 12:32:29 AM | Dawn Rider | Riding Films Inc. |
| 50 | 174.61.214.94 | BitTorrent 7.6.1 | 10/22/12 04:02:04 AM | Dawn Rider | Riding Films Inc. |
| 51 | 71.37.35.156 | µTorrent 3.2.0 | 10/22/12 12:37:03 AM | Dawn Rider | Riding Films Inc. |
| 52 | 50.47.205.119 | µTorrent 2.2.1 | 10/22/12 03:40:20 AM | Dawn Rider | Riding Films Inc. |
| 53 | 174.21.92.201 | Miro 5.0.0.0 | 10/22/12 09:29:18 PM | Dawn Rider | Riding Films Inc. |
| 54 | 50.135.211.41 | Vuze 4.7.2.0 | 10/22/12 06:02:11 AM | Dawn Rider | Riding Films Inc. |
| 55 | 71.227.226.15 | Vuze 4.7.2.0 | 10/22/12 12:26:28 AM | Dawn Rider | Riding Films Inc. |
| 56 | 174.25.69.180 | libtorrent (Raste | 10/22/12 09:39:10 AM | Dawn Rider | Riding Films Inc. |
| 57 | 174.31.182.242 | Vuze 4.7.2.0 | 10/22/12 04:30:10 AM | Dawn Rider | Riding Films Inc. |
| 58 | 24.18.157.228 | µTorrent 3.1.3 | 10/22/12 10:08:46 AM | Dawn Rider | Riding Films Inc. |
| 59 | 75.172.9.206 | µTorrent 3.2.0 | 10/23/12 02:36:10 AM | Dawn Rider | Riding Films Inc. |
| 60 | 67.183.179.240 | µTorrent 3.2.0 | 10/23/12 01:40:26 AM | Dawn Rider | Riding Films Inc. |
| 61 | 98.246.63.246 | µTorrent 3.2.1 | 10/23/12 06:12:06 AM | Dawn Rider | Riding Films Inc. |
| 62 | 71.217.73.71 | µTorrent 3.2.1 | 10/23/12 06:18:03 PM | Dawn Rider | Riding Films Inc. |
| 63 | 50.47.12.215 | µTorrent 3.2.2 (I | 10/23/12 04:36:29 PM | Dawn Rider | Riding Films Inc. |
| 64 | 24.19.175.144 | µTorrent 3.1.3 | 10/23/12 01:03:55 PM | Dawn Rider | Riding Films Inc. |
| 65 | 71.35.136.69 | µTorrent 3.2.0 | 10/23/12 01:40:11 AM | Dawn Rider | Riding Films Inc. |

| FileName | Filehash | ISP |
|---|---|---|
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Communications |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Clearwire Corporation |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Charter Communications |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Frontier Communications |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | CenturyTel Internet Holdings |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | CenturyTel Internet Holdings |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Comcast Cable |
| Dawn Rider [2012] BRRiP XviD - ETRG | SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE | Century Link |

Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Frontier Communications
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Clearwire Corporation
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE CenturyTel Internet Holdings
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Frontier Communications
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Wave Broadband
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Frontier Communications
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Frontier Communications
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Comcast Cable
Dawn Rider [2012] BRRiP XviD - ETRG SHA1: 7EDE3ED7C215BA6A1A28416340F0147DC36584CE Century Link

| Region | city | Province |
|---|---|---|
| Washington | Seattle | King |
| Washington | Bremerton | Kitsap |
| Washington | Vancouver | Clark |
| Washington | Tacoma | Pierce |
| Washington | Longview | Cowlitz |
| Washington | Federal Way | King |
| Washington | Seattle | King |
| Washington | Bellingham | Whatcom |
| Washington | Arlington | Snohomish |
| Washington | Sumner | Pierce |
| Washington | Seattle | King |
| Washington | Seattle | King |
| Washington | Lynnwood | Snohomish |
| Washington | Bremerton | Kitsap |
| Washington | Bellingham | Whatcom |
| Washington | Vancouver | Clark |
| Washington | Seattle | King |
| Washington | Puyallup | Pierce |
| Washington | Long Beach | Pacific |
| Washington | Federal Way | King |
| Washington | Vancouver | Clark |
| Washington | Bothell | King |
| Washington | Marysville | Snohomish |
| Washington | Vashon | King |
| Washington | Mount Vernor | Skagit |
| Washington | Seattle | King |
| Washington | Camas | Clark |
| Washington | Bothell | King |
| Washington | Gig Harbor | Pierce |
| Washington | Lakewood | Pierce |
| Washington | Olympia | Thurston |
| Washington | Vancouver | Clark |
| Washington | Everett | Snohomish |
| Washington | Seattle | King |

| | | |
|---|---|---|
| Washington | Bothell | King |
| Washington | Spanaway | Pierce |
| Washington | Olympia | Thurston |
| Washington | Seattle | King |
| Washington | Vancouver | Clark |
| Washington | Longview | Cowlitz |
| Washington | Federal Way | King |
| Washington | Auburn | King |
| Washington | Everett | Snohomish |
| Washington | Port Orchard | Kitsap |
| Washington | Seattle | King |
| Washington | Tacoma | Pierce |
| Washington | Issaquah | King |
| Washington | Washougal | Clark |
| Washington | Port Orchard | Kitsap |
| Washington | Olympia | Thurston |
| Washington | Port Orchard | Kitsap |
| Washington | Snohomish | Snohomish |
| Washington | Seattle | King |
| Washington | Bellevue | King |
| Washington | Lacey | Thurston |
| Washington | Vancouver | Clark |
| Washington | Federal Way | King |
| Washington | Seattle | King |
| Washington | Seattle | King |
| Washington | Auburn | King |
| Washington | Vancouver | Clark |
| Washington | Seattle | King |
| Washington | Lynnwood | Snohomish |
| Washington | Mount Vernor | Skagit |
| Washington | Seattle | King |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-640-934**

Effective date of registration:

March 23, 2012

---

## Title

**Title of Work:** Dawn Rider

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Riding Films Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Canada    **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** Riding Films Inc.
8180 Winston Street, Burnaby, V5A2H5, Canada

## Rights and Permissions

**Name:** Jack Nasser
**Email:** nassent@pacbell.net    **Telephone:** 818-505-8030

## Certification

**Name:** Jack Nasser
**Date:** March 5, 2012