Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Riding Films, Inc.,<br>   Plaintiff,<br><br> vs.<br><br>Does 1- 64,<br>   Defendants. | No. 2:13cv-00288 RAJ-RSL<br><br>Notice of Appearance of Counsel for Defendant Doe 45 with IP address 174.61.182.92<br><br>Clerk Action Requested |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Defendant Doe 45 with IP address 174.61.182.92, without precluding the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification list under the following e-mail address: gmarshall@marshallcomputer.com.

Dated this 26th day of April, 2013

Notice of Appearance for Defendant Doe 45, page 1
No. 2:13-cv-00288 RAJ-RSL

Law Offices of Gary Marshall

By  /s/ Gary K. Marshall
Gary K. Marshall, WSBA # 15344
Attorneys for
Doe 45 with IP address 174.61.182.92

Certificate of Service

I hereby certify that on April 26, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of record herein.

/s/ Gary K. Marshall
Gary K. Marshall,  WSBA # 15344
Attorneys for Defendant
Doe 45 with IP address 174.61.182.92

Notice of Appearance for Defendant Doe 45, page 2
No. 2:13-cv-00288 RAJ-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655