The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Riding Films, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Does 1-64, <br><br> Defendants. | NO. 2:13-cv-00288 RAJ-RSL <br><br> **Notice of Appearance of Counsel for Defendant Doe 46 listed as IP address 24.17.150.225** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Joan K. Mell and the law firm III Branches Law, PLLC, appear in this action as the attorney for Defendant Doe 46 designated by IP address 24.17.150.225, without precluding the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of process pursuant to FCR 12(b).  Please add Joan K. Mell to the CM/ECF email notification at the address listed below.

**DATED** this 30th day of April, 2013.

III BRANCHES LAW, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for Doe 46

Notice of Appearance for Doe 46 (2:13-cv-00288 RAJ-RSL)     1

III BRANCHES LAW, PLLC
Joan K. Mell
1033 Regents Blvd. Ste. 101
Fircrest, WA 98466
joan@3brancheslaw.com
253-566-2510 ph
281-664-4643 fx

## CERTIFICATE OF SERVICE

I, Jonathan S. Tretheway, hereby certify that on April 30, 2013, I electronically filed the foregoing **Notice of Appearance for Doe 46, and this Certificate of Service** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record herein

I certify under penalty of perjury under the laws of the United State of America and the State of Washington that the above information is true and correct.

Dated this 30th day of April, 2013, at Fircrest, WA.

_____
Jonathan Tretheway

III BRANCHES LAW, PLLC
Joan K. Mell
1033 Regents Blvd. Ste. 101
Fircrest, WA 98466
joan@3brancheslaw.com
253-566-2510 ph
281-664-4643 fx