Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Riding Films, Inc.<br>            Plaintiff,<br>    vs.<br><br>Does 1- 64,<br>            Defendants | No. 2:13-cv-00288 RAJ-RSL<br><br>Declaration of<br>Doe 45 with IP address 174.61.182.92 |

1. I, Doe 45 with IP address 174.61.182.92.

2. I have personal knowledge of the facts and matters stated herein.

3. I reside in the Seattle, Washington area. I have an Internet connection through a wi-fi network at my residence. I live with at least two other adults and three children who all have access to my wi-fi network. My wi-fi network was not password protected at the time of the alleged download.

4. I received a letter from my Internet Service Provider notifying me that according to their records I was assigned the IP address listed above and specified in the above captioned lawsuit and that the plaintiff is alleging that I downloaded the movie specified in the complaint.

5. I live with my husband. We have frequent guests and we let them use our wi-fi network. It is possible that someone in my household downloaded the specified movie. It is possible that a

1  guest downloaded the specified movie. It is possible that someone intercepted my wi-fi signal
2  without my permission and downloaded the specified movie. It is possible that no one
3  downloaded the specified movie using my wi-fi Internet connection.

4      6. If I or anyone in my household used bit-torrent software to download files, it was done
5  with no awareness of whether anyone else was downloading the same file or not. I have never
6  encouraged anyone on-line to download movie files using bit-torrent. I have not "acted in
7  concert with", worked together" or "directly interacted and communicated with" any other
8  members of any bit-torrent swarm. To the best of my knowledge, no one else in my household
9  has encouraged anyone on-line to download movie files using bit-torrent, nor has anyone "acted
10 in concert with", worked together" or "directly interacted and communicated with" any other
11 members of any bit-torrent swarm.

12     I declare under the penalty of perjury under the law of the state of Washington that the
13 foregoing is true and correct.

| Date | Place (City, County, State) | Signature |
|---|---|---|
| May 3, 2013 | In the Seattle, WA area | / Doe 45 with IP address 174.61.182.92 |

Declaration of Doe 06, page 2
No. 2:13-cv-00288 RAJ-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157