Honorable Judge Roberts S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIDING FILMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 13-00288 |
| ) | JLR-RSL |
| DOES 1-65 ) | |
| ) | |
| Defendants. ) | |

PLAINTIFFS NOTICE OF RELATED CASES PERSUANT TO LOCAL RULE 3.1(f)

Pursuant to Local Rule W.D. Wash. LCR 9(f), RIDING FILMS, INC. hereby notifies the Court of the following pending actions in the W.D. Wash. which involve the same plaintiff and various doe defendants who have engaged in alleged Copyright infringement:

Case No: 13-00289-RSM-RSL RIDING FILMS, INC.v. Does 1-64
Case No: 13-00256-RSL RIDING FILMS, INC.v. Does 1-12
Case No: 13-00255-RSM-RSL RIDING FILMS, INC.v. Does 1-35
Case No: 13-00277-TSZ-RSL RIDING FILMS, INC.v. Does 1-44
Case No: 13-00278-RSL RIDING FILMS, INC.v. Does 1-44

|   |   |
|---|---|
| 1 | Respectfully submitted, |
|   | Riding Films, Inc. |
| 2 |   |
| 3 | DATED: May 9, 2013 |
| 4 | By: s/*Richard J. Symmes* |
|   | Richard J. Symmes #41475 |
| 5 | Frontier Law Group, PLLC |
|   | 1001 4th Avenue, Suite 3200 |
| 6 | Seattle, WA 98154 |
|   | Ph:  206-682-7975 |
| 7 |  F:  206-424-4691 |
|   |  Richard@symmeslaw.com |

24  Plaintiff's Notice of Related Cases           Frontier Law Group, PLLC
     13-00288-JLR                                  1001 Fourth Avenue, Suite 3200
                                                   Seattle, WA 98154
                                                   Ph: 206-682-7975