

**All Court Types Party Search**
Sun May 12 18:35:12 2013
18 records found

**User:** ma8470 P
**Client:** kcap
**Search:** All Court Types Party Search Name riding films All Courts Page: 1

## Civil Results

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Riding Films Inc (cd) | wawdce | 2:2013-cv-00287 | 820 | 02/14/2013 | |
| 2 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00255 | 820 | 02/12/2013 | |
| 3 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00256 | 820 | 02/12/2013 | |
| 4 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00277 | 820 | 02/13/2013 | |
| 5 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00278 | 820 | 02/13/2013 | |
| 6 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00287 | 820 | 02/14/2013 | |
| 7 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00288 | 820 | 02/14/2013 | |
| 8 | Riding Films Inc (pla) | wawdce | 2:2013-cv-00289 | 820 | 02/14/2013 | |
| 9 | Riding Films Inc. (pla) | gasdce | 4:2013-cv-00020 | 820 | 01/25/2013 | |
| 10 | Riding Films Inc. (pla) | wiwdce | 3:2013-cv-00277 | 820 | 04/24/2013 | |
| 11 | Riding Films Incorporated (pla) | azdce | 2:2013-cv-00299 | 820 | 02/11/2013 | |
| 12 | Riding Films, Inc. (pla) | gasdce | 4:2013-cv-00018 | 820 | 01/25/2013 | |
| 13 | Riding Films, Inc. (pla) | moedce | 4:2013-cv-00430 | 820 | 03/08/2013 | |
| 14 | Riding Films, Inc. (pla) | ohsdce | 2:2013-cv-00043 | 820 | 01/16/2013 | |
| 15 | Riding Films, Inc. (pla) | ohsdce | 2:2013-cv-00044 | 820 | 01/16/2013 | |
| 16 | Riding Films, Inc. (pla) | ohsdce | 2:2013-cv-00045 | 820 | 01/16/2013 | |
| 17 | Riding Films, Inc. (pla) | ohsdce | 2:2013-cv-00046 | 820 | 01/16/2013 | |
| 18 | Riding Films, Inc. (pla) | tnmdce | 3:2012-cv-01247 | 820 | 11/30/2012 | |

**Receipt** 05/12/2013 18:35:12 50396410
**User** ma8470 P
**Client** kcap
**Description** All Court Types Party Search
Name riding films All Courts Page: 1
**Pages** 1 ($0.10)

Matesky Decl. Ex. B   1