Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Riding Films, Inc.,
          Plaintiff,

vs.

Does 1- 64,
          Defendants.

No. 2:13cv-00288 RAJ-RSL

Notice of Intent to File Motion to Quash for Defendant DOE X (number unknown) with IP address 98.237.226.54

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT DOE X (number unknown) with IP address 98.237.226[1], intends to file a motion to quash in this case that will be essentially identical to the Motion to Quash filed by Doe 45 in this case. Defendant Doe X hereby incorporated by reference that motion, until such time as Defendant X can file it's own motion.

Dated this 13th day of May, 2013

---

[1] DOE X has received a notice from Comcast that his/her name and address have been subpoenaed in this case, but his/her IP address does not appear on the list of IP addresses filed by the Plaintiff. Defendant will attempt to resolve this issue and file a clarification with the court as soon as possible.

Notice of Appearance for Defendant Doe X, page 1
No. 2:13-cv-00288 RAJ-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

1
2                                          Law Offices of Gary Marshall
3
4                                          By __/s/ Gary K. Marshall_____
                                           Gary K. Marshall, WSBA # 15344
                                           Attorneys for
5                                          Doe X (number unknown) with
                                           IP address 98.237.226
6

7                          Certificate of Service

8        I hereby certify that on May 13, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of
9    record herein.

10
                                           /s/ Gary K. Marshall_____
11                                         Gary K. Marshall,  WSBA # 15344
                                           Attorneys for Defendant
12                                         Doe X (number unknown) with
                                           IP address 98.237.226
13

14

15

16

17

18

19

20

21

22

23

24
Notice of Appearance for Defendant Doe X, page 2                Law Offices of Gary Marshall
No. 2:13-cv-00288 RAJ-RSL                                       9706 4th Ave. N.E., Suite 320
                                                                Seattle, Washington 98115-2157
                                                                Tel: (206) 524-0655