CC TO JUDGE **DJ**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 15 2013  **DJ**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

13-CV-00288-CJA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| RIDING FILMS, INC. | Case No.: C13-0288JLR-RSL |
| Plaintiff, | MOTION TO QUASH SUBPOENA AND/OR MOTION FOR PROTECTIVE ORDER |
| vs. | |
| DOES 1-65, | |
| Defendant | |

As per the listing in the subpoena of IP or (internet protocol) addresses listed mine is not the one highlight nor is it on the list submitted to the court for this subpoena. Without having the MAC or the (media Access Control) of the NIC or (network interface Card), there is really no case against my network.

As far as for you or your company searching my home, it is also vacated and further attempts to hack my network, or contact me or my family for any reason.

For Comcast, to release my information to you, for you to file a suit against my network you need to have the proper IP address, and with two apartments buildings and about 60 homes in my area, it is almost impossible

MOTION TO QUASH SUBPOENA AND/OR MOTION FOR PROTECTIVE ORDER - 1

1  to blame my network which is on the same node of many for network for illegal
2  activity.
3   There are many different hackers in the world and I can't say that my
4  network has been penetrated, or is protected against any illegal activity, be
5  we try really hard to keep a safe network environment for my child.
6
7   In continuation you and your legal company did not follow proper
8  protocol for filing such a subpoena in a timely manner, for this course of
9  action.
10   The court date that the subpoena was filled was on February 25th 2013
11  and the date it was typed was on February 27th 2013, and the 30 day period
12  was not upheld, because notice for subpoena was receive via mail on 19th of
13  April 2013,.
14
15   Dated this 13TH of MAY, 2013
16
17   *signature* — MAy 15th 2003
    Trent Jones
18
19
...
28

MOTION TO QUASH SUBPOENA AND/OR MOTION FOR PROTECTIVE ORDER - 2

| IP Address | HitDateUTC (MM/DD/YY) |
| --- | --- |
| 71.231.140.196 | 10/21/12 02:08:02 AM |
| 71.231.132.67 | 10/21/12 06:47:02 PM |
| 24.21.76.121 | 10/21/12 01:55:31 PM |
| 67.168.41.174 | 10/21/12 03:33:02 AM |
| 71.193.163.86 | 10/21/12 06:05:16 PM |
| 67.168.176.39 | 10/21/12 05:13:05 AM |
| 24.18.208.80 | 10/21/12 12:22:59 PM |
| 24.17.170.158 | 10/21/12 04:39:10 AM |
| 71.197.177.96 | 10/21/12 03:50:55 PM |
| 67.185.177.144 | 10/21/12 01:38:06 PM |
| 24.19.111.218 | 10/21/12 07:04:33 AM |
| 24.17.162.28 | 10/21/12 08:16:58 AM |
| 67.171.18.43 | 10/22/12 10:58:46 AM |
| 24.19.143.114 | 10/22/12 07:47:35 AM |
| 67.168.239.58 | 10/22/12 06:58:54 AM |
| 98.203.208.228 | 10/22/12 08:01:14 PM |
| 67.160.75.77 | 10/22/12 07:37:53 PM |
| 24.22.59.124 | 10/22/12 05:05:40 AM |
| 67.170.57.16 | 10/22/12 02:03:32 AM |
| 71.231.17.202 | 10/22/12 12:23:30 AM |
| 76.121.213.72 | 10/22/12 05:04:42 AM |
| 67.160.183.147 | 10/22/12 01:24:25 AM |
| 50.132.57.170 | 10/22/12 02:48:40 AM |
| 98.237.226.54 | 10/22/12 06:03:44 AM |
| 76.121.14.115 | 10/22/12 08:16:06 PM |
| 71.231.143.254 | 10/22/12 06:09:04 AM |
| 50.137.6.159 | 10/22/12 12:37:16 AM |
| 71.59.185.218 | 10/22/12 01:15:12 AM |
| 98.247.139.17 | 10/22/12 12:53:04 AM |
| 24.19.148.35 | 10/22/12 12:47:19 AM |
| 174.61.182.92 | 10/22/12 11:36:14 AM |
| 24.17.150.225 | 10/22/12 04:24:29 AM |
| 174.61.214.94 | 10/22/12 04:02:04 AM |
| 50.135.211.41 | 10/22/12 06:02:11 AM |

