# EXHIBIT 5



shake your $$ maker

IMDb | Find Movies, TV shows, Celebrities and more...   All | Login | Help

Movies   TV   News   Showtimes   Community   IMDbPro   Apps   Your Watchlist

IMDb > Dawn Rider (2012) > Box office / business

Box office / business for
# Dawn Rider (2012) More at IMDbPro »

**Budget**
$5,000,000 (estimated)

**Filming Dates**
8 October 2011 - 25 October 2011



Watch It
at Amazon
or
Buy it at Amazon

More at IMDb Pro
Discuss in Boards
Add to Watchlist
Update Data

### Related Links

Release dates            Ratings               Technical specifications
Filming locations        News articles         Main details
IMDb charts

**Edit page**

You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Edit page' button will take you through a step-by-step process.

**Quicklinks**
box

**Top Links**
trailers and videos
full cast and crew
trivia
official sites
memorable quotes

**Overview**
main details
combined details
full cast and crew
company credits

**Awards & Reviews**
user reviews
external reviews
awards
user ratings
parents guide
message board

**Plot & Quotes**
plot summary
synopsis
plot keywords
memorable quotes

**Did You Know?**
trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie connections
FAQ

**Other Info**
box office/business
release dates
filming locations
technical specs
literature listings
NewsDesk

**Promotional**
taglines
trailers and videos
posters